ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
AKERMAN, LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:           ariel.stern@akerman.com
Email:           lilith.xara@akerman.com

*Counsel for Defendant
ADP, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| BYRD UNDERGROUND, LLC, | Case No.:  2:22-cv-01329-CDS-NJK |
|---|---|
| Plaintiff, | **STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** |
| v. | |
| AUTOMATIC DATA PROCESSING, INC., | |
| Defendant. | |

Pursuant to this Court's February 26, 2023 Order (ECF No. 26 at n. 1), Plaintiff Byrd Underground, LLC ("Byrd") and Defendant ADP Inc. ("ADP")[1] have conferred and stipulated, and hereby jointly request, that the Court reschedule the March 7, 2023 settlement conference with Magistrate Judge Nancy J. Koppe to be held remotely by video conference to one of the following five alternative and mutually-available dates/times of the parties and their counsel:

    1.    Monday, April 3, 2023

    2.    Tuesday, April 4, 2023 (afternoon only)

    3.    Thursday, April 6, 2023

---

[1] ADP states that it is incorrectly identified in the case caption as Automatic Data Processing, Inc.

1

4.  Thursday, March 30, 2023

5.  Friday, March 31, 2023

The parties further stipulate and jointly request that their settlement conference statements be due by 3:00 p.m. on the date 7 days before the new date of the rescheduled settlement conference.

Jointly and respectfully submitted this 21st day of February 2023.

| Takos Law Group, Ltd. | AKERMAN, LLP |
|---|---|
| /s/ Zachary P. Takos<br>Zachary P. Takos, Esq., Nevada Bar No. 11293<br>Steven R. Hart, Esq., Nevada Bar No. 15418<br>10785 W. Twain Avenue, Suite 226<br>Las Vegas, Nevada 89135<br><br>*Counsel for Byrd* | /s/ Brian C. Bianco<br>Lilith V. Xara, Esq., Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>Brian C. Bianco, Esq. (admitted *pro hac vice*)<br>Julia R. Lissner, Esq. (admitted *pro hac vice*)<br>Akerman LLP<br>71 S. Wacker Drive, 46th Floor<br>Chicago, Illinois 60606<br><br>*Counsel for ADP* |

This stipulation to continue the settlement conference is **GRANTED**. The settlement conference is continued to 10:00 a.m. on April 3, 2023.  Settlement statements are due by 3:00 p.m. on March 27, 2023.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: February 21, 2023

2