# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRD UNDERGROUND, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC.,<br><br>    Defendant(s). | Case No. 2:22-cv-01329-CDS-NJK<br><br>**Order** |

The parties asked for a settlement conference in this case. Docket No. 25. Having now reviewed their settlement statements, however, it appears that a settlement conference would be futile.[1] Accordingly, the settlement conference is **VACATED**.

IT IS SO ORDERED.

Dated: March 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The submissions provide dramatically different positions as to a reasonable settlement figure and indicate that the past settlement negotiations broke down because the parties are so far apart. It appears that gap has only widened over time.

1